1  ERICA J. VAN LOON (CABN 227712)
   evanloon@nixonpeabody.com
2  ANDREW H. WINETROUB (CABN 291847)
   awinetroub@nixonpeabody.com
3  NIXON PEABODY LLP
   300 South Grand Avenue, Suite 4100
4  Los Angeles, California 90071-3151
   Tel:   (213) 629-6000
5  Fax:   (213) 629-6001

6  GARY R. SORDEN (admitted pro hac vice)
   gsorden@coleschotz.com
7  JAMES R. PERKINS (admitted pro hac vice)
   jperkins@coleshotz.com
8  COLE SCHOTZ P.C.
   VISHAL PATEL (admitted pro hac vice)
9  vpatel@coleschotz.com
   901 Main Street, Suite 4120
10 Dallas, Texas 75202
   Tel:   (469) 557-9390
11 Fax:   (469) 533-1587

12 Attorneys for Plaintiff:
   CORRELATED MAGNETICS RESEARCH, LLC
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CORRELATED MAGNETICS RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH INC.,<br><br>Defendant. | CASE NO. 4:21-cv-02554-JST<br><br>JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT<br><br>Judge:    Hon. Jon S. Tigar<br>Hearing:  April 18, 2022<br>Time:     2:00 pm |

Plaintiff Correlated Magnetics Research, LLC ("CMR") along with Defendant Logitech, Inc. ("Logitech") respectfully submit this Joint Claim Construction and Prehearing Statement.

**a)     The construction of those terms on which the parties agree.**

The parties do not agree on the construction of any disputed claim term.

**b)     Each party's proposed construction of each disputed term, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.**

The parties provide the chart attached as Exhibit A identifying the disputed terms, proposed constructions and supporting evidence.

**c)     An identification of the terms whose construction will be most significant to the resolution of the case up to a maximum of 10. The parties shall also identify any term among the 10 whose construction will be case or claim dispositive.**

The parties identify the following terms as the most significant to the resolution of this case. Construction of these terms may be claim dispositive.[1]

- "a plurality of magnetic structures associated with said base, each magnetic structure of said plurality of magnetic structures comprising a respective

---

[1] CMR does not believe that issues of written description and enablement are proper issues to be determined during claim construction. For example, one of Logitech's contentions as to the claim phrase "compartment substantially restricts movement of said linear holding structure in at least two dimensions" is that it lacks written description or is not enabled. Logitech added its indefinite argument for this term after the close of business on February 14, 2022. CMR objects to this newly added contention because Logitech failed to comply with the Patent Local Rules.

- plurality of magnetic field sources comprising one or more contiguous pieces of permanent magnet material" ('672 Patent, claim 1);
- "each magnetic structure comprising one or more pieces of permanent magnet material having three or more magnetic regions, each magnetic structure having three or more magnetic regions creating a polarity pattern having a respective autocorrelation function characterized by a plurality of alignment positions of each magnetic structure" ('292 Patent, claim 12);
- "each magnetic structure comprising one or more pieces of permanent magnet material, wherein each magnetic structure having three or more magnetic regions, each of said magnetic regions comprising a polarity, said one or more magnetic structures creating a polarity pattern having a respective autocorrelation function characterized by a plurality of alignment positions of each magnetic structure" ('292 Patent, claim 20);
- "compartment substantially restricts movement of said linear holding structure in at least two dimensions" ('909 Patent, claim 17).

### d) The anticipated length of time necessary for the Claim Construction Hearing.

The Parties anticipate needing 2 hours for the Claim Construction Hearing.

### e) Whether any party proposes to call one or more witnesses at the Claim Construction Hearing, and the identity of such witness.

The Parties will not call witnesses to testify at the Claim Construction Hearing.

### f) An identification of any factual findings requested from the Court related to claim construction.

The Parties do not request that the Court make any factual findings.

Dated: February 14, 2022

COLE SCHOTZ P.C.

<u>/s/ Vishal Patel</u>

VISHAL PATEL

*Attorneys for Plaintiff*
Correlated Magnetics Research, LLC

GOODWIN PROCTER LLP

<u>/s/ Andrew S. Ong</u>

ANDREW S. ONG

*Attorneys for Defendant*
LOGITECH, INC.