**EXHIBIT A**

| Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| "a plurality of magnetic structures associated with said base, each magnetic structure of said plurality of magnetic structures comprising a respective plurality of magnetic field sources comprising one or more contiguous pieces of permanent magnet material" ('672, claim 1) | Plain and ordinary meaning | '672 Pat. at Col. 3:46-48; Col. 5:9-14; Col. 6:42-47; Col. 6:61-63; Col. 7:1-8; Col. 7:34-36; Col. 7:64-67; Col. 8:40-53; 9:20-31; Col. 13:3-13; Col. 28:58-67; Col. 33: 9-15; Col. 34: 47-53; Col. 35: 29-36; Col. 38:44-48; Col. 39:29-32.<br><br>U.S. Pat. App. No. 61/123,019, specification at 1<br><br>U.S. Pat. No. 8,179,219 at Col. 2:26-30 | This claim limitation is indefinite. | The '672 patent appears to disclose "a magnetic structure" comprising a "plurality of magnetic field sources" with respect reference to FIGS. 2D (depicting a uniformly coded magnetic structure) and 2E (depicting a variably coded magnetic structure). The '672 patent, 7:50-53 ("FIG. 2D illustrates a linear magnet structure of seven magnets uniformly oriented in the same direction. The seven magnets bonded together in a magnet structure 212 behave essentially as a single magnet"); 8:1-5 ("FIG. 2E illustrates the linear structure of FIG. 2D with the magnets in an exemplary arrangement to form a variably coded structure 214 so that some of the magnets have the north pole up and some have the south pole up in accordance with the present invention"); FIGS. 2D and 2E.<br><br>Each of the seven magnets |

**EXHIBIT A**

| Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | constitutes a "magnetic field source." Id., 7:64-67 ("Each of the seven magnets of FIG. 2D and other illustrations of this disclosure may also be referred to as component magnets of the magnet structure, magnetic field sources, magnetic field emission sources, or field emission sources."). The "magnetic structure" of the '672 patent is defined as "a set of magnets rigidly bonded together." Id., 7:53-56 ("A magnet structure typically refers to a set of magnets rigidly bonded together as if glued or potted to act mechanically as a single piece"); 7:51-53 ("The seven magnets bonded together in a magnet structure 212 behave essentially as a single magnet") Alternatively, the different magnetic field sources may be magnetized within a contiguous magnet material. Id., 6:61-63 ("coded magnet structures may |

**EXHIBIT A**

| Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | include contiguous magnet material with a spatial and/or polarity pattern of magnetization along the material.") <br><br> FIG. 6A depicts a structure that includes several magnetic structures, where each constituent magnetic structure includes a plurality of magnetic field sources. Id., 16:19-24 ("Referring to FIG. 6A, the base magnet structure comprise three repeated Barker 7 coded magnet structures 214 a, 214 b, and 214 c"); 8:1-5 ("FIG. 2E illustrates the linear structure of FIG. 2D with the magnets in an exemplary arrangement to form a variably coded structure 214 so that some of the magnets have the north pole up and some have the south pole up in accordance with the present invention"); FIGS. 6A and 2E. |
| "each magnetic structure comprising one or more pieces of permanent magnet | Plain and ordinary meaning | '292 Pat. at Col. 5:5-23; Col. 6:8-13; Col. 6:65 - 8:31; | This claim limitation is indefinite. | This claim can be interpreted similar to claim 1 of the '672 patent, which may be supported by |

**EXHIBIT A**

| Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| material having three or more magnetic regions, each magnetic structure having three or more magnetic regions creating a polarity pattern having a respective autocorrelation function characterized by a plurality of alignment positions of each magnetic structure" ('292, claim 12) | | Col. 10:31-38; Col. 12:43-59<br><br>U.S. Pat. App. No. 61/123,019, specification at 6<br><br>U.S. Pat. No. 8,179,219 at Col. 13:38-60 | | the evidence above, including FIGS. 6A and 2E. In that case, "magnetic region" may be interpreted as a "magnetic field source" recited in claim 1 of the '672 patent. |
| "each magnetic structure comprising one or more pieces of permanent magnet material, wherein each magnetic structure having three or more magnetic regions, each of said magnetic regions comprising a polarity, said one or more magnetic structures creating a polarity pattern having a respective autocorrelation function characterized by a plurality of alignment positions of each magnetic structure" ('292, claim 20) | Plain and ordinary meaning | '292 Pat. at Col. 5:5-23; Col. 6:8-13; Col. 6:65 - 8:31; Col. 10:31-38; Col. 12:43-59<br><br>U.S. Pat. App. No. 61/123,019, specification at 6<br><br>U.S. Pat. No. 8,179,219 at Col. 13:38-60 | This claim limitation is indefinite. | This claim can be interpreted similar to claim 1 of the '672 patent, which may be supported by the evidence above, including FIGS. 6A and 2E. In that case, "magnetic region" may be interpreted as a "magnetic field source" recited in claim 1 of the '672 patent. |

**EXHIBIT A**

| Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| "at least two magnetic field sources of at least one of said respective plurality of magnetic field sources are contained in a single contiguous piece of magnetic material" ('672, claim 3) | Plain and ordinary meaning | '672 Pat. at Col. 3:46-48; Col. 5:9-14; Col. 6:42-47; Col. 6:61-63; Col. 7:1-8; Col. 7:34-36; Col. 7:64-67; Col. 8:40-53; 9:20-31; Col. 13:3-13; Col. 28:58-67 | This claim limitation fails to satisfy the written description and enablement requirements.<br><br>In the alternative: "a set of two or more magnets rigidly bonded together to act mechanically as a single piece or two or more magnetic field sources having a spatial and/or polarity pattern that are formed within a contiguous magnet material." | The '672 patent, 7:64-67, 7:53-56, 7:51-52, 6:61-63; see also, 7:50-53; 8:1-5; FIGS. 2D, 2E. |
| "composite autocorrelation function" ('672, claim 7) | Plain and ordinary meaning | '672 Pat. at Col. 10:21 - Col. 11:56; Col. 25:20-23; Claims 1, 2, and 7. | This claim limitation is indefinite. | The '672 patent teaches at 7:64-67 ("Each of the seven magnets of FIG. 2D and other illustrations of this disclosure may also be referred to as component magnets of the magnet structure, magnetic |

**EXHIBIT A**

| Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | U.S. Pat. App. No. 61/123,019, specification at 6<br><br>U.S. Pat. No. 8,179,219 at Col. 13:38-60 | | field sources, magnetic field emission sources, or field emission sources.").<br><br>The '672 patent mentions in the passing that magnets can be formed by magnetization in a single contiguous piece of magnetic material, *see id.*, 6:61-63 ("coded magnet structures may include contiguous magnet material with a spatial and/or polarity pattern of magnetization along the material"), but does not describe or depict any such embodiment and how such magnetization can be performed.<br><br>A magnet always has two poles – a north pole and a south pole. *See, e.g.*<br>• Magic of Magnetism, https://ece.northeastern.edu/face-ece/nian/mom/work.html (LOGITECH0004476-4477) |

**EXHIBIT A**

| Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | • T.D. Lee, "RHIC and QCD: An Overview," Nuclear Physics A590 (1995) at 11c-28c, 14c (LOGITECH0004478-4494)<br><br>• William Thomson, "A Mathematical Theory of Magnetism" 247 (1849) (LOGITECH0004495-4520) |
| "compartment substantially restricts movement of said linear holding structure in at least two dimensions" ('909, claim 17) | Plain and ordinary meaning | '909 Pat. at Col. 7:50-67; Col. 18:4-30; Col. 20: 56-62; Col. 24:26-40; Col. 25:32-37 | This claim limitation is indefinite and fails to satisfy the written description and enablement requirements. | The metes and bounds of the claimed term "compartment" are ambiguous. Likewise, it is unclear as to how "substantially" movement of the "linear holding structure" is restricted. Further, the metes and bounds of the claimed term "linear holding structure" are ambiguous. Therefore, this claim limitation is indefinite.[1] |

---

[1] Logitech added this contention after the close of business on February 14, 2022. CMR objects to this newly added contention because Logitech failed to comply with the Patent Local Rules.

**EXHIBIT A**

| Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | This claim limitation fails to satisfy the written description and enablement requirements. The only two embodiments that have compartments are those described with reference to FIG. 13D and FIGS. 20C-20F. The embodiment of FIG. 13D can restrict the movement of a plurality of magnetic field sources in two dimensions, but this embodiment lacks a linear holding structure.<br><br>The embodiment of FIG. 20C may include a linear holding structure ("backing 2012), *see* the '909 patent, 33:34-36; FIGS. 2C and 2F, but the movement of this linear structure is restricted in only one dimension. *See id.*, FIG. 2E. |