1  ERICA J. VAN LOON (CABN 227712)
   evanloon@nixonpeabody.com
2  ANDREW H. WINETROUB (CABN 291847)
   awinetroub@nixonpeabody.com
3  NIXON PEABODY LLP
   300 South Grand Avenue, Suite 4100
4  Los Angeles, California 90071-3151
   Tel: (213) 629-6000
5  Fax: (213) 629-6001

6  GARY R. SORDEN (admitted pro hac vice)
   gsorden@coleschotz.com
7  VISHAL PATEL (admitted pro hac vice)
   vpatel@coleschotz.com
8  JAMES R. PERKINS (admitted pro hac vice)
   jperkins@coleshotz.com
9  COLE SCHOTZ P.C.
   901 Main Street, Suite 4120
10 Dallas, Texas 75202
   Tel: (469) 557-9390
11 Fax: (469) 533-1587

12 Attorneys for Plaintiff:
   CORRELATED MAGNETICS RESEARCH, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CORRELATED MAGNETICS RESEARCH, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LOGITECH INC.,<br><br>　　　　　　　Defendant. | Case No. 4:21-cv-02554-JST<br><br>**DECLARATION OF VISHAL PATEL IN SUPPORT OF CMR'S CLAIM CONSTRUCTION REPLY BRIEF**<br><br>Judge: Hon. Jon S. Tigar<br><br>Filed/Lodged Concurrently with Plaintiff CMR's Claim Construction Reply Brief. |

I, Vishal Patel, declare as follows:

1. I am an attorney at Cole Schotz PC, and counsel of record for Plaintiff Correlated Magnetics Research, LLC ("CMR") in the above-entitled case. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify as to the following. Pursuant to Civil Local Rule 79-5, I make this declaration in support of exhibits included with CMR's Reply Claim Construction Brief.

2. Exhibit A to CMR's Reply Claim Construction Brief is a true and correct copy of an excerpt from the '292 File History.

3. Exhibit B to CMR's Reply Claim Construction Brief is a true and correct copy of Ligtenberg Pre-Grant United States Patent Application Publication No. US 20070138806. I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2022 in Dallas, Texas.

Dated: April 4, 2022

*/s/ Vishal Patel*
Vishal Patel