# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/352,135 | 11/15/2016 | Larry W. Fullerton | 1031-0014004 | 6219 |

124657        7590        10/01/2018
Vector IP Law Group LLC
3208 Q Street NW
Washington, DC 20007

| EXAMINER |
|---|
| VAUGHAN, JASON L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3726 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/01/2018 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

us@vectoriplaw.com

| *Notice of Allowability* | Application No. 15/352,135 | Applicant(s) Fullerton et al. | |
|---|---|---|---|
| | Examiner JASON L VAUGHAN | Art Unit 3726 | AIA Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to the claims filed 11/15/2016.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 1-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐All      b) ☐ Some      *c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file areply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____ .
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/JASON L VAUGHAN/
Primary Examiner, Art Unit 3726

The present application, filed on or after March 16, 2013, is being examined

under the first inventor to file provisions of the AIA.

### EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

The application has been amended as follows:

*Claim 1 (Currently Amended):*  A method for assembling a magnetic attachment

mechanism, said method comprising:  affixing to a holding structure one or more

magnetic structures, each magnetic structure comprising a plurality of magnetic field

sources on one or more pieces of permanent magnet material, [[said]] each magnetic

structure having three or more magnetic regions, [[said]] each magnetic regions creating

a polarity pattern having a respective autocorrelation function characterized by a

plurality of alignment positions of [[a]] each magnetic structure, said plurality of

alignment positions comprising a peak force alignment position and a plurality of off-

peak force alignment positions, wherein a peak force is produced at the peak force

alignment position, and wherein a plurality of off-peak forces are produced at said

plurality of off-peak alignment positions, and wherein one or more of said plurality of off-

peak forces are the result of cancellation of an attract force by a repel force.

*Claim 12 (Currently Amended):*  A method for assembling a magnetic attachment

mechanism, said method comprising:  ~~Assembling~~ assembling one or more magnetic

structures, each magnetic structure comprising one or more pieces of permanent

magnet material having three or more magnetic regions, [[said]] each magnetic

structure having three or more magnetic regions creating a polarity pattern having a

respective autocorrelation function characterized by a plurality of alignment positions of

[[a]] each magnetic structure, said plurality of alignment positions comprising a peak

force alignment position and a plurality of off-peak force alignment positions, wherein a

peak force is produced at the peak force alignment position, and wherein a plurality of

off-peak forces are produced at said plurality of off-peak alignment positions, and

wherein one or more of said plurality of off-peak forces are the result of cancellation of

an attract force by a repel force.

*Claim 19 (Currently Amended):* A method for assembling a magnetic attachment

mechanism, said method comprising: affixing to a holding structure one or more

magnetic structures, each magnetic structure comprising one or more pieces of

permanent magnet material, wherein [[a]] each magnetic structure having three or more

magnetic regions, each of said magnetic regions comprising a polarity, said one or more

magnetic structures creating a polarity pattern having a respective autocorrelation

function characterized by a plurality of alignment positions of [[the]] each magnetic

structure, said plurality of alignment positions comprising a peak force alignment

position and a plurality of off-peak force alignment positions, wherein a peak force is

produced at the peak force alignment position, and wherein a plurality of off-peak forces

are produced at said plurality of off-peak alignment positions, and wherein one or more

of said plurality of off-peak forces are the result of cancellation of an attract force by a

repel force.

*Claims 17 and 20:* A period has been added to the end of claims 17 and 20.

## *Reasons for Allowance*

The following is an examiner's statement of reasons for allowance: Pre Grant

Publication of the application of Ligtenberg et al. is the closest prior art of record.

Ligtenberg provides one or more magnetic structures 170,160 attached to a holding

structure 14,12 wherein each of the magnetic structures includes a plurality of magnetic

field sources 162,164,172,174, and one or more permanent magnet material 166,176.

Further each magnetic structure of Ligtenberg provides three or more magnetic regions

see Figure 5a.  However Ligtenberg fails to disclose or reasonably suggest that the

magnetic regions of Ligtenberg provide an autocorrelation function characterized by a

plurality of alignment positions of each magnetic structure.

The aforedescribed prior art being representative of the closest prior art of

record, for at least the foregoing reasoning, the prior art of record neither anticipates nor

renders obvious the present invention as set forth in independent claims 1, 12, and 19.

Also, there is no combinable teaching in the prior art of record that would,

reasonably and absent impermissible hindsight, motivate one having ordinary skill in the

art to so modify the teachings of Ligtenberg et al. in order to correct the deficiencies

found within the prior art, and thus, for at least the foregoing reasoning, Ligtenberg et al.

does not render obvious the present invention as set forth in independent claims 1, 12,

and 19.

Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

## *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JASON L VAUGHAN whose telephone number is (571)270-5704. The examiner can normally be reached on Mon-Friday 8:30 - 5:00.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Bryant can be reached on (571) 272-4526. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/JASON L VAUGHAN/
Primary Examiner, Art Unit 3726