UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRELATED MAGNETICS RESEARCH, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LOGITECH, INC.,<br><br>    Defendant. | Case No. 21-cv-02554-JST (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 100 |

CMR seeks to compel two Logitech executives—Sree Chenincherry, Logitech's Global Head of Sourcing and Supply Planning, and Annie Joe, Logitech's Global Head of Customer Supply Chain—to sit for depositions. CMR hasn't convinced the Court that either executive has first-hand knowledge of facts relevant to this case, so CMR's request to compel is denied.

CMR says that on LinkedIn Chenincherry and Joe respectively profess to know about Logitech's "sourcing and product supply chain," and about Logitech's "customers and . . . distribution channels." Dkt. 100 at 1. The topics listed—sourcing, product supply chain, customers, distribution channels—are too general; they don't shed light on what Chenincherry and Joe know about. CMR also hasn't explained how these topics are relevant to this patent-infringement case.

Given that Chenincherry and Joe are senior Logitech employees, CMR needs to do more to show that they have first-hand knowledge of relevant facts. CMR may renew its request, with more specificity. But first the parties must meet and confer in an attempt to identify the Logitech employees who have the most direct knowledge of the facts at issue in the case.

**IT IS SO ORDERED.**

Dated: July 22, 2022

Alex G. Tse
United States Magistrate Judge