UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRELATED MAGNETICS RESEARCH, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOGITECH, INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-02554-JST (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 102 |

     Logitech must respond to CMR's first set of RFAs by the fact-discovery cutoff, on August 17, 2022. Although this means that Logitech will have about three hours less than 30 days to respond,[1] Logitech hasn't demonstrated that it will suffer any prejudice due to this. There's also no reason to doubt CMR when it says its brief tardiness in serving the RFAs on Logitech was due to inadvertence. The 30-day default response period may be shortened by court order. *See* Fed. R. Civ. P. 36(a)(3) ("A shorter or longer time for responding may be . . . ordered by the court."). Exercising this authority, the Court shortens Logitech's response period—by a matter of hours.

     **IT IS SO ORDERED.**

Dated: August 1, 2022

                                                  Alex G. Tse
                                                  United States Magistrate Judge

---

[1] CMR served its RFAs on Logitech at 2:40 a.m. on July 19, 2022.