UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRELATED MAGNETICS RESEARCH, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOGITECH, INC.,<br><br>　　　　Defendant. | Case No. 21-cv-02554-JST (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 110 |

　　　　This order addresses the parties' August 31, 2022, joint statement, in which CMR seeks to compel Logitech to supplement its responses to various RFPs, ROGs, and RFAs, and to provide witnesses for certain 30(b)(6) topics.

* * *

　　　　Requests for Production. CMR says Logitech hasn't fully responded to 32 RFPs. *See* Dkt. Dkt. 110-1 at 2–6. Logitech answers by stating, in effect, that discovery hasn't been easy. "CMR has accused a large number of products in this case . . . and the systems at Logitech are not organized such that all the information that CMR seeks can be provided with the simple click of a magic button," Logitech says. Dkt. 110 at 4. Logitech's response, at this stage, isn't compelling. Logitech could have asked Judge Tigar to extend the fact-discovery cutoff, but Logitech didn't, and the cutoff passed. Logitech must complete its production by September 30, 2022. If Logitech intends to stand by a timely raised objection to any particular RFP, Logitech and CMR must brief the objection in a supplemental joint statement, which the parties must file by September 16, 2022.

　　　　Interrogatories. Logitech has agreed to supplement certain ROGs, *id.*, and must do so by September 9, 2022. By the same date, Logitech must confirm that the documents it identified in

response to CMR's ROGs reflect the "final version of the accused products." *Id.* at 2. Logitech need not supplement its responses to address "two products that have not been released and have zero sales thus far." *Id.* at 4. CMR hasn't explained why it needs discovery on those two products. If a dispute remains after Logitech supplements its responses, the parties may raise it in a joint statement by September 16, 2022.

<u>Requests for Admission</u>. Logitech has agreed to "review[] its RFA responses in good faith and [to] attempt [to] provide amended responses to the RFAs identified in CMR's section" of the joint statement. *Id.* at 5. Logitech must do so by September 9, 2022. If a dispute remains after Logitech amends its responses, the parties may raise it in a joint statement by September 16, 2022.

<u>30(b)(6) Topics</u>. For topics for which CMR asserts that Logitech's witnesses weren't prepared to testify, the parties must meet and confer, and CMR must identify with specificity what additional testimony it seeks. Logitech must then make a good-faith effort to provide one or more witnesses on the identified topics, by October 14, 2022. The Court is unpersuaded by Logitech's assertion that it is "simply not . . . reasonable" for it to prepare a witness "to testify as to all sixty accused products," "especially given the jammed deposition schedule at the end of fact discovery that resulted from CMR's delay." *Id.* (emphasis omitted). Logitech didn't seek a protective order to limit discovery to only some of the sixty products, and Logitech didn't move for an extension of the fact-discovery cutoff. Logitech must provide relevant and responsive discovery.

As for "the document retention and collection topics," Logitech has agreed to provide a witness, *id.*, and must do so by October 14, 2022. As to topics that relate to Logitech's legal contentions (e.g., Logitech's contention that it hasn't infringed CMR's patents), CMR hasn't persuaded the Court that a fact witness is needed. Logitech believes these topics "are properly the subject of interrogatories" and "expert testimony," *id.*, and the Court tends to agree. The Court won't compel Logitech to offer a fact witness on these topics.

As for the remaining topics for which Logitech hasn't provided a witness, Logitech hasn't justified its decision. Logitech must make one or more witnesses available by October 14, 2022. If Logitech intends to stand by a timely raised objection to any particular 30(b)(6) topic, Logitech

and CMR must brief the objection in a supplemental joint statement by October 4, 2022.

The undersigned is mindful that Judge Tigar set August 17, 2022, as the fact-discovery cutoff. This order doesn't permit new discovery requests; it directs Logitech to supplement its responses to requests that CMR timely made.

**IT IS SO ORDERED.**

Dated: September 2, 2022

Alex G. Tse
United States Magistrate Judge