UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRELATED MAGNETICS RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOGITECH, INC., <br><br> Defendant. | Case No. 21-cv-02554-JST (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. Nos. 118, 124 |

Requests for Production. Logitech's objections to RFPs 22, 30, 34, and 38 are overruled. The listed RFPs seek relevant documents, and although the production burden is more than negligible, it is proportionate to the needs of the case. Consistent with CMR's proposed compromise for RFPs 22 and 30, Logitech may limit its production of customer agreements to its top ten customers, and with respect to suppliers, need only identify suppliers of the "magnetic assemblies or their components." Dkt. 124 at 4.

Logitech's objections to RFP 60 are sustained in part. Logitech need not produce documents identifying "production volume" or "production capacity," but must produce documents identifying "inventory levels." *Id.* at 3. Inventory levels are relevant—Logitech could be liable for infringement if it "makes," not simply if it "sells," a patented invention, 35 U.S.C. § 271(a)—but CMR hasn't explained how production volume or capacity is relevant.

By October 7, 2022, Logitech must finalize its production for RFPs 22, 30, 34, 38, and 60. The rest of Logitech's document production remains due tomorrow. *See* Dkt. 111 at 1.

Interrogatories. Logitech responded to ROGs 7 and 8 by identifying business records from which answers to the ROGs can be deduced. CMR wants narrative answers instead, but the Court

won't require Logitech to provide them. ROGs 7 and 8 seek considerable technical information, and Logitech has persuaded the Court that "the burden of deriving or ascertaining the answer[s]" to these ROGs, upon a review of Logitech's business records, "will be substantially the same for either party." Fed. R. Civ. P. 33(d). CMR's technical experts, like Logitech's, "should be able to analyze the documents that have been or will be produced." Dkt. 118 at 3. To the extent that Logitech doesn't have information about a particular magnet layout in its possession, custody, or control, Logitech must say so in its ROG responses.

Logitech notes that it may need to supplement its responses to ROGs 7 and 8 again after finishing its document production. *See id.* at 2. Logitech may do so. The Court will give Logitech until October 11, 2022, to supplement its responses.

**IT IS SO ORDERED.**

Dated: September 29, 2022

_____
Alex G. Tse
United States Magistrate Judge