UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRELATED MAGNETICS RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOGITECH, INC., <br><br> Defendant. | Case No. 21-cv-02554-JST (AGT) <br><br> **ORDER GRANTING MOTION TO SEAL** <br><br> Re: Dkt. No. 117 |

    Logitech has established good cause for sealing (i) portions of the parties' September 16, 2022, joint discovery letter brief, (ii) portions of Exhibit A to the letter brief, and (iii) all of Exhibits C, D, and E to the letter brief. The parts in question contain product testing results and code names, design schematics, and other confidential product information. *See* Dkt. 125, Ong Decl. ¶¶ 9–13.

    **IT IS SO ORDERED.**

Dated: October 3, 2022

Alex G. Tse
United States Magistrate Judge