UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRELATED MAGNETICS RESEARCH, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>LOGITECH, INC.,<br><br>          Defendant. | Case No. 21-cv-02554-JST (AGT)<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Re: Dkt. No. 123 |

     Logitech has established good cause for sealing portions of the parties' September 20, 2022, joint discovery letter brief. The portions in question contain confidential product design and development information and discuss confidential business relationships. *See* Dkt. 123-1, Ong Decl. ¶¶ 8–9.

     **IT IS SO ORDERED.**

Dated: October 4, 2022

Alex G. Tse
United States Magistrate Judge