# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRELATED MAGNETICS RESEARCH, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LOGITECH, INC.,<br><br>    Defendant. | Case No. 21-cv-02554-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 131 |

The parties have filed a stipulation indicating that they have reached a settlement in principle. ECF No. 131. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: October 11, 2022



JON S. TIGAR
United States District Judge